### 18496.  DOUGLAS v. THE STATE.

BLOODWORTH, J. The evidence in this case is consistent with the innocence of the accused, and that portion of it which connects him with the alleged crime is circumstantial and does not exclude every reasonable hypothesis save that of his guilt; and the judge who presided in the case erred in overruling the motion for a new trial.

*Judgment reversed.   Broyles, C. J., and Luke, J., concur.*

DECIDED DECEMBER 13, 1927.

Possessing liquor; from Terrell superior court—Judge Yeomans. September 15, 1927.

According to the evidence, a quart bottle and a gallon jug, each containing whisky, were found by an officer under the boards of the floor in a toilet about a hundred yards from the house of Douglas, the defendant, and on his premises but not enclosed by a fence. The defendant and his family used the toilet. A witness for the defendant testified that Fred Williams, who, with himself, worked for the defendant and lodged and boarded at the defendant's house, bought the whisky in question and put it under the boards in the toilet, and, so far as the witness knew, the defendant had no interest in the whiskey and knew nothing about

Criminal Law, 16 C. J. p. 1179, n. 67.
Intoxicating Liquors, 33 C. J. p. 762, n. 56; p. 777, n. 62.

it. The defendant, in his statement at the trial, said that he did not know that the whisky was on his premises and did not know anything about it.

*H. A. Wilkinson,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold, E. C. Hill,* contra.